SAMUEL MARSH, JEROME MARSH AND IRVING MARSH, TRADING AS S. MARSH & SON, PLAINTIFFS-APPELLANTS, v. AMERICAN LOCKER COMPANY, INC., A CORPORATION, DEFENDANT-RESPONDENT.

Argued December 11, 1950—Decided December 18, 1950.

*Mr. Charles Handler* argued the cause for the appellants.

*Mr. John E. Selser* argued the cause for the respondent (*Messrs. Selser & Shenier*, attorneys).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Jacobs in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.